**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00735-CR
No. 05-12-00736-CR

**ZAKIR SHAIKH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-00307-J & F11-00479-J**

## ORDER

The Court **REINSTATES** these appeals.

On July 3, 2013, we ordered the trial court to conduct a hearing to determine the proper amount of restitution in each case. The court reporter has filed a record indicating the hearing was conducted.

We **ORDER** the trial court to file a supplemental record, **WITHIN THIRTY DAYS** from the date of this order, containing the new restitution orders.

/s/     ROBERT M. FILLMORE
JUSTICE